_____ MEDICAL RESPONSE — PATIENT CARE REPORT

INITIAL TRIP ☑   NON TRANSPORT ☐
RETURN TRIP ☐   SCT TRANSPORT ☐

CRUN/UNIT# 60360592

**Physical Address / Location / Facility Name**
Waveland   Zip Code 39576

TX TO: # MC 4411 Dr Alawater Rd
Bay St Louis, Ms 39520

Department or Room if Facility

Department or Room if Facility

**Clinical Impression @ Scene. (Inc. C/C)**
tazed to Ⓡ Chest

**Patient Found: (On floor, in bed, etc.)**
Sitting in PD car

Call Rec'd 1945
Dispatched 1945

SOCIAL SECURITY NUMBER 428 96 1491   ☑ Male ☐ Female
DATE OF BIRTH 1/20/48  62   DATE OF SERVICE 02/07/2010
Enroute 1946

LAST NAME **Marquar**  FIRST NAME **David**  MI **K**   HOME PHONE NUMBER (228) 467-3050
On Scene 1948

PRIMARY ADDRESS 1100 Longo St.  APT/LOT #   WORK PHONE NUMBER ( )
Pt Contact 1950

CITY Waveland.  STATE MS  ZIP CODE   CONTRACT WITH   MEMBERSHIP NUMBER
Depart Scene 2008

☐ ALTERNATE CONTACT ☐ RESPONSIBLE PERSON ☑ NEXT OF KIN  Bouchie, Kim  MILITARY SPONSOR SSN   ALTERNATE PHONE NUMBER (228) 671-9001
Arrive Dest 2015

ALTERNATE ADDRESS ( If alternate contact, responsible person, or next of kin is listed above)  RELATION TO PATIENT
Available

INSURANCE COMPANY NAME / ADDRESS NONE  INSURANCE GROUP #  INSURANCE POLICY #  INSURANCE PHONE # ( ) -
Other

INSURED'S NAME ( ☑ SAA)  RELATIONSHIP TO PATIENT ☑ SELF ☐ SPOUSE ☐ OTHER  MEDICARE NUMBER

**DESTINATION CHOSEN BY**
☐ Attendant ☑ Patient
☐ Closest Facility ☐ Police
☐ Doctor ☐ Protocol
☐ Guardian ☐ By Pass
☐ Diversion

☐ AUTO INS. (MVA) ☐ OTHER HEALTH INS. (include address and phone number) INSURED SAA ☐  MEDICAID NUMBER

**MEDICAL CONTROL**
☐ MD @ Scene
☑ Protocol
☐ Written
☐ Verbal
Name ____

**FINAL STATUS**
☐ Deteriorated
☐ Improved
☑ No Change
☐ V/S Ceased

EMPLOYER NAME / ADDRESS  Retired

Medivan Mileage 0  TX Miles 2.4  # Pt's TX 1  # Refused 0

**RACE**
☑ White ☐ Native Amer.
☐ Black ☐ Other
☐ Asian
☐ Hispanic

**CAP REFILL**
☑ < 2 sec.
☐ > 2 sec.
☐ None

**RESP EXPN**
☑ Normal
☐ Abnormal
☐ None

**PUPILS**
L  R
X  X
D  D
C  C
NR NR

**TO SCENE**
☑ Emergent
☐ Non Emergent

**FROM SCENE**
☑ Emergent
☐ Non Emergent

**MECHANISM**
TRAUMA CALLS ONLY.
CHECK ALL THAT APPLY
☐ MVA  ☐ Burns
☐ Death-Same MV  ☐ Deformity 20+ in.
☐ Ejection  ☐ Extricate > 20 min
☐ Fall <20'  ☐ Fall >20'
☐ Flail Segment  ☐ Intrusion 12+ in.
☐ Limb Paralysis  ☐ Ped. Run-over
☐ Ped vs MV 5+ mph  ☐ Rollover
☐ Poss. Self-Inflicted  ☐ Speed 40+ mph
☐ Motorcycle 20+mph/sep

Pertinent Allergies  NKDA

**SKIN CONDITION**
☑ Warm ☑ Dry ☐ Pale
☐ Cool ☐ Moist ☐ Flushed

**CPR**
|  | <4 | 4-8 | 9-15 | >15 |
| Arrest to CPR? | ☐ | ☑ | ☐ | ☐ |
| Arrest to ALS? | ☐ | ☐ | ☐ | ☐ |
| Arrest to Defib? | ☐ | ☐ | ☐ | ☐ |
| Pulse Restored? | ☐ Yes | | ☐ No | |

**PRIOR MEDICAL HX**
Check All That Apply
☐ Cardiac  ☐ EENT
☐ Endocrine  ☐ Gastro-intestinal
☐ Hematologic  ☐ Hepatic
☐ Infectious Disease  ☐ Integumentary
☐ Musculoskeletal  ☐ Neurological
☐ Psychological  ☐ Renal/GU
☐ Respiratory  ☑ Unknown
☐ Vascular  ☑ No Past History
☐ Other

Current Medications  None  ASA 325mg x2 daily

**PRIOR AID**
Emrg. Only
☑ None
Bystander
Police
Medical
Fire Dept

**PATIENT LOCATION (circle)**
☐ Drv ☐ Pass ☐ Rear ☐ Other

**PATIENT PROTECTION (mvc)**
☐ Shoulder Belt ☐ Helmet
☐ Lap Belt ☐ Safety Seat
☐ Air Bag ☐ None Used
Was Seatbelt Automatic? ☐

ALS ASSESSMENT: ☑ Yes ☐ No

| TIME (24hr) | AID GIVEN: Include Meds, Amt, Route, ETCO2,CBG,Laryngoscopy, O2 Sat, Etc. | S U | # of ATMP | EMP. # |
|---|---|---|---|---|
| 1950 | Per ⓔ ALS Assessment | V | | 2318 |
| 1958 | Sat 98 on r/a → 99 bpm @ 11 pm NC | | | |
| 1960 | ecg/4lead | | | 118 |

**INITIAL / LAST GCS**
| Eyes | | Verbal | | Motor | |
| 1st | 2nd | 1st | 2nd | 1st | 2nd |
| 4 Spont 4 | | 5 Orient 5 | | 6 Obeys 6 | |
| 3 Spch 3 | | 4 Confus 4 | | 5 Local 5 | |
| 2 Pain 2 | | 3 Inappr 3 | | 4 Withdr 4 | |
| 1 None 1 | | 2 Garble 2 | | 3 Flexion 3 | |
| | | 1 None 1 | | 2 Extend 2 | |
| | | | | 1 None 1 | |

Initial GCS 14  Final GCS 14

**NON TRANSPORT**
☐ Faced Call
☐ Pronounced
☐ Refused
☐ Rx, No Tx
☐ Rx, Tx, Other

**MISC. INFO**
☐ Records Tx
☐ SA of SCI
☐ DNR/A
☐ Alert to Tag
☐ Contact w/ Blood/Fluids
☐ Work Related

Physician Signatures for Orders

| TIME | B/P | P | R | SPO2 | ETCO2 | ECG (attach) | TIME | B/P | P | R | SPO2 | ETCO2 | ECG (attach) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 140/P | 92 | 22 | 98 | | SR | / | | | | | | |
| 2013 | /P | 84 | 22 | 99 | | SR | / | | | | | | |

**NARRATIVE** tazed to Ⓡside O₂ chest. H-62 y/o pt, Pmhx — denies tx. Pt admits to heavy Etoh — was watching saints game — PD was call + Pt was tazed to the Ⓡ side O₂ chest. pt was placed in Police car and met EMS at different location. Per ALS Assessment = arrived to find pt sitting in rear O₂ PD car. Aox3, ABCs intact. pt sustaining in car Ⓑ Burning to Ⓡ side O₂ chest Ⓑ some. reddness noted around two small areas c̄ dried blood noted. barbs removed prior per PD. Pt admits to heavy etoh today. Pt speaks with slurring. initially pt wanted to refused, but was convinced to go by EMS, lawyer + wife. Sat 98 on r/a → 99% O₂ @ 11 pm NC, ecg/4lead. SR, unable to due further Rx d⃝ pt attempting harm on EMS. Tx to HMC 3D.  SUPP. USED

**Crew Member #1 Printed Name Level / Number** _____ EMP 737 — Crew Member #1 Signature

**Crew Member #2 Printed Name Level / Number** JENKINS EMT-B 7178 — Crew Member #2 Signature

Person Receiving Patient Signature / Title — Receiving / E.R. MD Doran  Reviewers Init. & Emp # 7167

Additional Provider Signature / Level / Agency

Person Rec. Patient Belongings

DEMS 80 397746

OTRN5-1494

EXHIBIT
3
tabbies