APR-19-10 03:58 PM   FRANK-P-WITTMANN-III   2238681194   P.01
FROM Moveland Court                          (MON)APR 18 2010 14:08/ST. 14:08/No. 8300022804 P 1

## MUNICIPAL COURT ORDERS

Name:   MARQUOR, DAVID K

| | | | | N = Not Guilty<br>G = Guilty<br>D = Dismissed<br>NA = Non-Adjudication<br>P = Passed to Files |
|---|---|---|---|---|
| CASE # | CHARGE(S) | | FINE | |
| 2-20100242 | DC | DISORDERLY CONDUCT | | (N) G D NA P |
| 2-20100243 | RA | RESISTING ARREST | 212.00 | N (G) D NA P |
| 2-20100244 | DP | DISTRUBING THE PEACE | 212.00<br>424.00 | N (G) D NA P |

____ Case Continued: 4-15-10
____ Defendant is provided the opportunity to pay over time. The Defendant shall pay $_____ initially and will pay the remaining balance as follows:_____
____ Defendant is hereby placed on A.S.A.P. reporting probation and is given a suspended sentence condition upon following all rules and regulations as set out by the A.S.A.P. program supervisor.
____ Defendant is sentenced to _____ in jail, suspended. Said suspended sentence, conditioned upon:
   ____ Payment is made in accordance with the terms established above
   ____ There is no further violation of the law for a period of two (2) years
   ____ There is no futher violence towards _____ for a period of two (2) years
   ____ The defendant does not frequent _____ for a period of two (2) years
____ Defendant is sentenced to _____ in Jail, to be served as follows:_____
____ Defendant is sentenced to time serve as indicated above.
____ Defendant is sentenced to _____ of community service.
____ Defendant is out on bond, therefore all charges are passed to the Grand Jury.
____ Defendant waives a preliminary hearing; therefore the defendant is bound over to the Grand Jury
____ An appeal bond for the aforementioned charges has been set in the amount of $_____
____ The Court retains jurisdiction in this matter for the purpose of re-sentencing.
____ Other:_____

Judge's Signature _Frank P. Wittmann III_ Date of Adjudication _Apr. 19, 2010_

EXHIBIT 4