# WAVELAND POLICE DEPARTMENT
## CUSTODY FORM

Subject ID: 12151

☐ JUVENILE            CASE NO: 2010-020300

| Name of Person Arrested (Last, First, Middle) | Alias or Nickname |
|---|---|
| MARQUAR, DAVID KEITH | NONE |

| Address of Defendant | City and State | Home Phone Number |
|---|---|---|
| 1100 LONGO STREET | WAVELAND, MS | (228) 467-3250 |

| Occupation and Employer | Social Security Number |
|---|---|
| SELF-EMPLOYED (GULL STATE) | 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 |

| Driver's License Number | State | Type | Expiration | Identification Card Number | State | Type | Expiration |
|---|---|---|---|---|---|---|---|
| 900154838 | MS | R | 1/20/2011 | NONE | | | |

| D.O.B. | Age | Sex | Race | Hispanic | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|
| 1/20/1948 | 62 | M | W | ☑ Non-Hisp. | 5'10" | 170 | BRO | GRN |

Scars, Marks, and Tattoos: UNKNOWN

| Place of Birth (City and State) | Emergency Contact | Relationship |
|---|---|---|
| UNKNOWN | KENDALL MARQUAR | SON |

| Contact Address | City and State | Home Phone | Business Phone |
|---|---|---|---|
| 600 TURNER STREET | WAVELAND, MS | (228) 467-3250 | (000) 000-0000 |

| Date of Arrest | Time of Arrest | Location of Arrest |
|---|---|---|
| 2/7/2010 | 7:50:00 PM | 1100 LONGO STREET |

| Charge/Offense | FEL | MISD | Date of Off. | Court Date/Time | Bond Amount |
|---|---|---|---|---|---|
| DISORDERLY CONDUCT: F.T.C 97-35-7 | | ☑ | 2/7/2010 | 04-01-10/0900 | $500.00 |
| RESISTING ARREST 97-9-73 | | ☑ | 2/7/2010 | 04-01-10/0900 | $500.00 |
| DISTURBANCE OF THE PEACE 97-35-15 | | ☑ | 2/7/2010 | 04-01-10/0900 | $500.00 |
| | | | | | $0.00 |

| Fingerprints\Photo By | Court Dist. | TOTAL BOND: $1,500.00 |
|---|---|---|
| C. ALLEN W24 | WAVELAND MUNICI | |

**CHECK ALL THAT APPLY**
☑ RESISTIVE   ☑ DRUNK
☐ COOPERATIVE   ☐ DRUGS
☑ BELLIGERENT   ☑ DRINKING

| Armed | Weapon: NONE | Others Arrested For Same |
|---|---|---|
| Vehicle | Wrecker: NONE | NONE |

ARREST MADE BY:   ☑ View   ☑ Call   ☐ Warrant
☐ Property   ☐ Phone Call   ☐ Refused Call

Booking D/O:    Date/Time Booked

Warrant # / Warrant Date / Judge: NONE

Jail Disposition (Bond Company, Etc.)

☑ Pre-Trial Release   ☐ Cash Bail   ☐ Released Summons
☐ Juvenile Detention   ☐ County Jail   ☐ Time Served

Reason For No Pictures: HOSPITALIZED

Arresting Officer #: 24   Name: C. ALLEN

Assisting Officers: SGT. NECAISE W16, BOUGANIM W23, POYADOU W21

**EXHIBIT 5**

Juvenile Involved

# WAVELAND POLICE DEPARTMENT
## Face Sheet

Case Number: 2010-020300
Related Case#:

Original

Type of Incident: DISTURBANCE-LOUD MUSIC    Code: SIG29    Date/Time Reported: 02/07/2010 19:19 HRS

Incident Date/Time: 02/07/2010 APPROXIMATELY 19:19    Zone:

Location of Incident: 600 TURNER STREET    City: WAVELAND    St: MS

Firm Name (If Commercial): N/A    Shift: B    Grid:    Sector:

### People Involved

| | | | |
|---|---|---|---|
| V - Victim | S - Suspect | W - Witness | RG - Registered Owner |
| C - Complainant | IL - Investigative Lead | MI - Missing or Runaway | D - Deceased |
| K - Key Holder | DR - Driver | E - Employee | O - Other |

| Code: | Name (Last, First Middle): | D.O.B.: | Sex: | Race: | S.S.N.: |
|---|---|---|---|---|---|
| S | MARQUAR, DAVID KEITH | 1/20/1948 | M | W | 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 |

Residence Address: 1100 LONGO STREET    City: WAVELAND    State: MS    Zip: 39576    Home Phone: (228) 467-3250

Employer: SELF-EMPLOYED (GULL STAT    Employer Address:    City:    State:    Zip:

Business Phone:    Misc. Info (Description, Tattoos, Aliases, Special Notes, Etc.):

| Code: | Name (Last, First Middle): | D.O.B.: | Sex: | Race: | S.S.N.: |
|---|---|---|---|---|---|
| S | MARQUAR, KENDALL OVEN | 11/11/1977 | M | W | 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 |

Residence Address: 1100 LONGO STREET    City: WAVELAND    State: MS    Zip: 39576    Home Phone: (228) 467-3250

Employer: SELF-EMPLOYED    Employer Address:    City:    State:    Zip:

Business Phone:    Misc. Info (Description, Tattoos, Aliases, Special Notes, Etc.):

| Code: | Name (Last, First Middle): | D.O.B.: | Sex: | Race: | S.S.N.: |
|---|---|---|---|---|---|
| C | Unknown Person | | | | |

Residence Address:    City:    State:    Zip:    Home Phone:

Employer:    Employer Address:    City:    State:    Zip:

Business Phone:    Misc. Info (Description, Tattoos, Aliases, Special Notes, Etc.):

Reporting Officer
No: 24    Name: ALLEN, CHRIS

Division
PATROL    Page: 1    of    6

DEF-00002