

STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training hereby awards this

Professional Certificate

TO

CHRISTOPHER AARON ALLEN

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

This 12TH day of SEPTEMBER, 20 08

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement Standards and Training

Chairman
Board on Law Enforcement Standards and Training

Certificate No. 20103

EXHIBIT 7