# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DAVID MARQUAR**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 1:11-CV-00054-LG-RHW**

**OFFICER CHRIS ALLEN , INDIVIDUALLY**
**AND IN HIS OFFICIAL CAPACITY AS A**
**DULY COMMISSIONED POLICE OFFICER**
**FOR THE CITY OF WAVELAND, MS, ET AL.**                    **DEFENDANTS**

---

### DEFENDANTS' MOTION TO FILE AN AMENDED MEMORANDUM

---

COME NOW, Defendants the City of Waveland, Mississippi, Chris Allen, James Varnell, and David Garcia (collectively, "Municipal Defendants"), by and through their attorneys of record, and respectfully submit this Motion to File an Amended Memorandum in Support of Summary Judgment.  The Municipal Defendants would show as follows:

1.      On October 31, 2012, the Municipal Defendants filed their Motion for Summary Judgment in this matter.  Since then, as a result of conversations with Waveland city officials, it has become apparent that additional grounds for summary judgment exist, which were not addressed in the Memorandum in Support of the Motion for Summary Judgment.  Specifically, it appears that Plaintiff's state law claims are barred because he did not submit notice to the city as required by the Mississippi Tort Claims Act (MTCA).

2.      Municipal Defendants therefore respectfully request leave to file the Amended Memorandum attached hereto as Exhibit 1 in place of the memorandum initially submitted.  The only change to the memorandum is the addition of a section of the argument addressing the MTCA notice requirement.  Plaintiff has been informed of Municipal Defendants' request, but as

of this filing has not indicated whether it is opposed.  Plaintiff has not yet filed a response

memorandum on summary judgment and will not be prejudiced in his ability to respond.

      3.    This motion is not being filed for purposes of harassment or delay, but in order

that the Court may be fully apprised of the legal issues affecting summary judgment in this case.

      4.    Given the straightforward nature of this request, the Municipal Defendants

respectfully ask that the Court waive its requirement of a separate memorandum of law.

      THIS, the 9th day of November, 2012.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY:   */s/ W. Brett Harvey*
Gary E. Friedman, MS Bar No. 5532
W. Brett Harvey, MS Bar No. 102440
PHELPS DUNBAR LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: friedmag@phelps.com
      brett.harvey@phelps.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, BRETT HARVEY, do hereby certify that I have filed the foregoing *MOTION* via the

CM/ECF system, which provided an email notice to the following individuals:

> Bobby Moak
> Law Office of Bobby Moak, PC
> 402 Monticello Street
> P.O. Box 242
> Bogue Chitto, MS 39629
> ***ATTORNEY FOR PLAINTIFF***

SO CERTIFIED, this the 9th day of November, 2012.


_/s/ W. Brett Harvey_____
W. BRETT HARVEY