IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID MARQUAR                                                                      PLAINTIFF

VS.

OFFICER CHRIS ALLEN, individually and in his official
capacity as a duly commissioned Police Officer for the City                CIVIL
of Waveland, MS; POLICE CHIEF James A. Varnell,                            ACTION NO.
individually and in his official capacity as a duly commissioned Police    1:11-cv-0054-
Officer for the City of Waveland, MS; David Garcia, individually and in    LG-RHW
his official capacity as Mayor of The City of Waveland, MS; THE
CITY OF WAVELAND; UNKNOWN JOHN AND JANE DOES A-Z

                                                                           DEFENDANTS

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS AND FOR SUMMARY JUDGMENT

COME NOW the Plaintiff, David Marquar, in the above styled and referenced cause, by and through his undersigned counsel, Bobby Moak, and files this, his Unopposed Motion for Extension of Time to file Answer to the above styled Motions and would show unto the Court as follows:

1.

This request is not made to cause delay. Counsel has consulted with defense counsel and there is no opposition to the extension of time.

2.

Below Counsel for the Plaintiff has conferred with opposing counsel and there is no objection to the relief sought herein.

3.

As such, Plaintiff requests an extension through December 10, 2012 to prepare Answers and or other responsive pleadings.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that upon the filing of this Unopposed Motion for an Extension of Time to File his Answers as outline above, this honorable Court enter an Order granting the following relief:

1. Grant Plaintiff through December 10, 2012 to prepare and file any responsive pleadings, including but not limited to an Answer to the Motions To Exclude Plaintiff's Experts and also an Answer to the Motion for Summary Judgment.

Respectfully submitted, this the 5th day of December, 2012.

By: **David Marquar, Plaintiff**

*/s/ Bobby Moak*
BOBBY MOAK, MS Bar No. 9915
*COUNSEL FORPLAINTIFF*

Bobby Moak, MS BAR #9915
Attorney at Law
P.O. Box 242
Bogue Chitto, MS  39629-0242
(601) 734-2566

## **CERTIFICATE OF SERVICE**

I, Bobby Moak, do hereby certify that on December 5, 2012, I electronically filed the foregoing Unopposed Motion with the Clerk of the Court using the CM/ECF system which sent notification of such filing all counsel of record.

/s/ Bobby Moak
BOBBY MOAK, MS Bar No. 9915
*COUNSEL FOR PLAINTIFF*