# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

DAVID MARQUAR             PLAINTIFF

VS.

OFFICER CHRIS ALLEN, individually and in his official
capacity as a duly commissioned Police Officer for the City    CIVIL
of Waveland, MS; POLICE CHIEF James A. Varnell,           ACTION NO.
individually and in his official capacity as a duly commissioned Police    1:11-cv-0054-
Officer for the City of Waveland, MS; David Garcia, individually and in    LG-RHW
his official capacity as Mayor of The City of Waveland, MS; THE
CITY OF WAVELAND; UNKNOWN JOHN AND JANE DOES A-Z

                                                                                     DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO DEFENDANTS' MOTIONS TO EXCLUDE PLAINTIFF'S EXPERTS AND FOR SUMMARYJUDGMENT

COME NOW the Plaintiff, David Marquar, in the above styled and referenced cause, by and through his undersigned counsel, Bobby Moak, and files this, his Motion for Extension of Time to file Answers to the above styled Motions and would show unto the Court as follows:

1.

This request is not made to cause delay. Counsel is convened in legislative session.

2.

Below Counsel for the Plaintiff has conferred with opposing counsel and there is objection to the relief sought herein.

3.

As such, Plaintiff requests an extension through January 31, 2013 to prepare responsive pleadings to pending motions.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that upon the filing of this Motion for an Extension of Time to File his Response as outlined above, this honorable Court enter an Order granting the following relief:

1. Grant Plaintiff through January 31, 2013 to prepare and file any responsive pleadings, including but not limited to an Answer to the Motion for Summary Judgment.

Respectfully submitted, this the 24th day of January, 2013.

By: David Marquar, **Plaintiff**

/s/ *Bobby Moak*
BOBBY MOAK, MS Bar No. 9915
*COUNSEL FORPLAINTIFF*

Bobby Moak, MS BAR #9915
Attorney at Law
P.O. Box 242
Bogue Chitto, MS 39629-0242
(601) 734-2566

## CERTIFICATE OF SERVICE

I, Bobby Moak, do hereby certify that on January 24, 2013, I electronically filed the foregoing Opposed Motion with the Clerk of the Court using the CM/ECF system which sent notification of such filing all counsel of record.

/s/ Bobby Moak
BOBBY MOAK, MS Bar No. 9915
*COUNSEL FORPLAINTIFF*