IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID MARQUAR**                                                              **PLAINTIFF**

V.                                                             CAUSE NO. 1:11CV54-LG-RHW

**CHRIS ALLEN, JAMES A. VARNELL,**
**and DAVID GARCIA, in their official and**
**individual capacities; UNKNOWN JOHN**
**AND JANE DOES A-Z; CITY OF WAVELAND**               **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [40] filed by filed by Defendants Chris Allen, James A. Varnell, David Garcia, and the City of Waveland, the Court, after a full review and consideration of the Defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Defendants Chris Allen, James A. Varnell, David Garcia, and the City of Waveland, pursuant to FED. R. CIV. P. 56. This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of April, 2013.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    CHIEF U.S. DISTRICT JUDGE